In the Matter of Arbitration between HENRY OLARSKY, Respondent, and MAX HOFFMAN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROSE SCHWARTZ, Respondent, v. MARCUS A. GREENBERG, Appellant.— Application granted.  Order signed.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUIS KOHN, Respondent, v. SAMUEL PLATT and Another, Appellants.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BENJAMIN LIBERMAN, Respondent, v. JACOB ITZKOWITZ, Appellant.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

B. ALTMAN & COMPANY, Respondent, v. HENRY H. WOOD, Appellant.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MADELEINE S. DOLL, Respondent, v. CHARLES DOLL, Appellant, Impleaded with OTTO DOLL and Another, Defendants.— Application granted.  Order signed.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SAMUEL MANN, Appellant, v. " JOHN " VENTURA, Respondent.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ

MAX LIFSHITZ, Appellant, v. MINNIE LIFSHITZ, Respondent.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JAMES SERAFINE, Respondent, v. L. SHERMAN & SON, INC., Appellant.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHARLES MOGUL, Respondent, v. WILLIAM A. DOWNES, Appellant.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present —Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BURTON F. WHITE, Respondent, v. MORGAN SHEPARD, Appellant.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of the CITY OF NEW YORK, EAST 177TH STREET (TREMONT AVENUE), BRONX.— Motion granted.  Settle order on notice.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of ANNA BERNHARD, Respondent, v. JOHN MILLER, Appellant.— Motion denied.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BERTHA MYERS, Appellant, v. JOSEPH S. SCHWAB and Another, Respondents, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

IMPERATOR REALTY CO., INC., Appellant, v. BANIT SCHMUKLER, Respondent.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.